IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GARRETT JAMES EURE,

          Appellant,

v.

STATE OF FLORIDA,

          Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3728

Opinion filed January 5, 2017.

An appeal from an order of the Circuit Court for Alachua County.
David P. Kreider, Judge.

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender,
Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

          AFFIRMED.

OSTERHAUS, JAY, and WINSOR, JJ., CONCUR.